Christopher LANE, Plaintiff–Appellant,

v.

Robert WARD, Active Director; Dennis Patterson, Division Director of Op; Wayne McCabe, Warden; James Blackwell, DHO; Thierry Nettles, Major; Leslie Davis, Lieutenant; Fred Thompson, Asst. Warden; Timothy Clarke, SMU Captain; Anne Shephard, Shift Captain, Defendants–Appellees.

No. 13–6436.

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 29, 2013.

Christopher Lane, Appellant pro se. Christopher Thomas Dorsel, Sandra J. Senn, Senn Legal, LLC, Charleston, South Carolina, for Appellees.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lane appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lane v. Ward*, No. 0:11–cv–02829–RBH (D.S.C. Mar. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*